### 14404. WARREN, *alias* CANDY, *v.* THE STATE.

LUKE, J. The defendant was charged with the offense of rape and con-
vicated of assault with intent to rape. The jury are the arbiters of
the facts. If the jury believed the testimony offered by the State,
which they did, the verdict in this case was demanded.

When the charge of the court is read in its entirety, it is not subject
to the criticisms urged to the excerpts complained of.

The trial judge having approved the verdict, which was rendered upon
conflicting evidence, and there being no assignments of error which
indicate that the defendant has not had a legal trial, it was proper
for the court to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 16, 1923.

Conviction of assault with intent to rape; from Richmond superior court — Judge Henry C. Hammond; motion for new trial before Judge Franklin. February 8, 1923.

*McDonald & Ross,* for plaintiff in error.

*George Hains,* solicitor-general, *John M. Graham,* contra.